Rebecca L. Davis (State Bar No. 271662)
E-mail: rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Barak Kamelgard (State Bar No. 298882)
E-mail: barak@lawaterkeeper.org
Benjamin Harris (State Bar No. 313193)
E-mail: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Tel: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED WASTE TRANSFER SERVICES OF CALIFORNIA, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:24-cv-01089 DDP (SSC)<br><br>**JOINT REQUEST FOR ENTRY OF CONSENT DECREE**<br><br>Courtroom: 9C<br>Honorable Judge Dean D. Pregerson |

On August 9, 2024, Plaintiff Los Angeles Waterkeeper sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory 45-day review period to review the Proposed Consent Decree entered into by the parties on August 8, 2024. *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5.

On September 6, 2024, the Department of Justice sent the parties a letter indicating that the federal agencies had no objection to the entry of the Proposed Consent Decree. That letter is attached hereto as Exhibit 1. Accordingly, the Parties hereby respectfully request that the Court enter the Proposed Consent Decree filed with the Court contemporaneously with this request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 6, 2024 | LOZEAU DRURY LLP |
|  | By:   */s/ Rebecca Davis*<br>Rebecca L. Davis<br>Attorneys for Plaintiff Los Angeles Waterkeeper |
| Dated: September 6, 2024 | LAW OFFICES OF THOMAS M. BRUEN, P.C. |
|  | By:   */s/ Thomas M. Bruen* (auth. 9/6/24)<br>Thomas M. Bruen<br>Attorneys for Defendant Allied Waste Transfer Services of California, LLC |